# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES VARNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC,<br>and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:  2:24-cv-01429-TLN-AC<br><br>**The Honorable Troy L. Nunley**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DEADLINE OF DISPOSITIONAL DOCUMENTS SCHEDULED FOR FEBRUARY 2, 2026**<br><br>Removal Filed: May 20, 2024 |

1

ORDER GRANTING JOINT STIPULATION TO CONTINUE
FILING DEADLINE OF DISPOSITIONAL DOCUMENTS

Pursuant to the Stipulation between Plaintiff Jacques Varney and Defendant Amazon.com Services LLC (collectively with Plaintiff, the "Parties"), signed by their respective counsel of record, and for good cause shown, IT IS HEREBY ORDERED:

1.  The Joint Stipulation is granted.

2.  The deadline for the Parties to file dispositional documents set for February 2, 2026, is hereby continued to March 4, 2026.

**IT IS SO ORDERED.**

Dated:  January 30, 2026   _____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO CONTINUE
FILING DEADLINE OF DISPOSITIONAL DOCUMENTS